UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
STINGRAY MUSIC USA, INC.,

                    Plaintiff,

-against-

uCAST LLC f/k/a QELLO, LLC,

                    Defendant.
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

19 Civ. 7473 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court is in receipt of the parties' discovery motions. *See* ECF Nos. 24, 25. The parties are hereby ordered to appear for a conference on February 28, 2020, at 11:00 a.m., to address the issues raised by their motions.

SO ORDERED.

Dated: February 25, 2020
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2020

1