USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STINGRAY MUSIC USA, INC.,

                  Plaintiff,

-against-

uCAST LLC f/k/a QELLO, LLC,

                  Defendant.

**ORDER REGULATING PROCEEDINGS**

19 Civ. 7473 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

This matter having come before the Court on Plaintiff's Motion to Compel the Production of Documents ("Plaintiff's Motion to Compel"), and the Court having reviewed the case record, having heard the agreement between the Parties, and being otherwise advised in the premises, it is hereby ordered that:

1. Plaintiff's Motion to Compel is GRANTED.

2. Defendant shall produce to Plaintiff's counsel all remaining non-privileged documents within its possession, custody, or control responsive to Plaintiff's First Request for Production on or before March 10, 2020.

3. Defendant shall produce a Rule 30(b)(6) witness for deposition on March 16, 2020, at 9:30 a.m. at the offices of Becker & Poliakoff, P.A., 45 Broadway, 17th Floor, New York, New York 10006.

4. Discovery (excluding experts) shall close on March 16, 2020.

SO ORDERED.

Dated:     February 27, 2020
          New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1