ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy        Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

**Stingray Music USA, Inc. v. uCast LLC fka Qello, LLC - 19 Civ. 7473**

The status conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

> Date : April 24, 2020
> Time: 10:00 am
> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
3-16-2020