**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STINGRAY MUSIC USA, INC.,

                Plaintiff,                  19 **CIVIL** 7473 (AKH)

     -against-                        **JUDGMENT**

uCAST LLC f/k/a QELLO, LLC,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2020, and in the recent order awarding sanctions, ECF No. 37, judgment on Plaintiff's motions for discovery sanctions is entered against Defendant and in favor of Plaintiff in the amount of $10,000—which judgment shall be severable from the underlying litigation on the merits—in the amount of $10,000 against Defendant. This judgment may be executed on immediately, consistent with Federal Rules of Civil Procedure 62(a) and 69(a)(1). The case will remain open for continued proceedings on the merits.

**Dated:**  New York, New York
         May 15, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                         **BY:**
                                                     _____
                                                       **Deputy Clerk**