UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
STINGRAY MUSIC USA, INC., :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
-against- :
: 19 Civ. 7473 (AKH)
uCAST LLC f/k/a QELLO, LLC, :
:
Defendant. :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of my June 24, 2020 order permitting Defendant 30 days to procure new counsel, *see* ECF No. 42, the status conference in this matter previously set for July 10, 2020 is hereby adjourned to August 14, 2020, at 10:00 a.m., and will take place by telephone. Details on how to access the call will be circulated to counsel prior to the August 14 conference.

SO ORDERED.

Dated:   July 2, 2020                         _____/s/_____
         New York, New York                        ALVIN K. HELLERSTEIN
                                                   United States District Judge

1