# ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO: Concerned Parties**

**FROM: Brigitte Jones, Courtroom Deputy**          **Date: 8/12/2020**
            **by Order of Judge Alvin K. Hellerstein**

**Stingray Music USA, Inc. v. uCast LLC fka Qello, LLC, - 19 Civ. 7473(AKH)**

The pre-trial conf. previously scheduled for August 14, 2020 is hereby adjourned.

So Ordered,

**Alvin K. Hellerstein, U.S.D.J.**